## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Brenda S. Ringwelski, | Civil No. 10-1558 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Professional Recovery Personnel, Inc., John Doe, a.k.a. Allen G. Walker, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 29, 2010

                                                 s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge